**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **CAROLYN RUSIN, individually, and on behalf of All Others Similarly Situated,** | ) ) ) | |
| **Plaintiff,** | ) ) | **Case No. 1:12-cv-01135** |
| **v.** | ) ) | **Hon. Edmond E. Chang** |
| **CHICAGO TRIBUNE COMPANY,** | ) ) | |
| **Defendant.** | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE A MEMORANDUM IN EXCESS OF 15 PAGES IN SUPPORT OF THE PARTIES' AGREED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT AND FOR CLASS CERTIFICATION**

Plaintiff, by and through her attorneys, hereby requests leave to file a Memorandum in Support of The Parties' Motion For Preliminary Approval of Proposed Settlement and For Class Certification. In support of this motion, Plaintiff states as follows:

1.      As reported at the last status hearing, the Parties reached a settlement in this matter with the assistance of a mediator.

2.      The Court ordered that the Parties submit their motion for preliminary approval on or before January 31, 2013. ECF No. 21.

3.      In order to fully discuss the benefits that the parties' settlement confers on the settlement classes, as well as the factors favoring preliminary approval of the settlement and the reasons supporting class certification, Plaintiff seeks leave from the Court to file a Memorandum of Law in excess of 15 pages and not to exceed 23 pages.

4.      Defendant does not oppose this motion.

WHEREFORE, Plaintiff respectfully requests the Court grant this motion for leave to file

a Memorandum in Support of The Parties' Motion for Preliminary Approval of Proposed

Settlement and For Class Certification in excess of 15 Pages and for a total not to exceed 23

pages.

Respectfully submitted,

Dated:  January 28, 2013

s/Maureen A. Salas
One of Plaintiffs' Attorneys

Douglas M. Werman- dwerman@flsalaw.com
Maureen A. Salas –msalas@flsalaw.com
David E. Stevens- dstevens@flsalaw.com
Sarah J. Arendt- sarendt@flsalaw.com
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, IL 60602
(312) 419-1008