# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CAROLYN RUSIN, individually, and on behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) Case No. 1:12-cv-01135 ) |
| v. | ) Hon. Edmond E. Chang ) |
| CHICAGO TRIBUNE COMPANY, | ) ) |
| Defendant. | ) |

## PARTIES' AGREED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT

Plaintiff Carolyn Rusin, on behalf of herself and a class of similarly situated individuals, moves this Court for Preliminary Approval of the Proposed Settlement with Defendant Chicago Tribune Company. In support of this Motion, Plaintiff submits a Supporting Memorandum of Law. Defendant supports this motion.

Respectfully submitted,

Dated: January 30, 2013

s/ Maureen A. Salas
DOUGLAS M. WERMAN–dwerman@flsalaw.com
MAUREEN A. SALAS – msalas@flsalaw.com
DAVID E. STEVENS –dstevens@flsalaw.com
SARAH J. ARENDT- sarendt@flsalaw.com
Werman Law Office, P.C.
77 West Washington Street, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

Attorneys for Plaintiffs