IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAROLYN RUSIN, individually, and on behalf of All Others Similarly Situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:12-cv-01135 |
| v. ) ) | Hon. Edmond E. Chang |
| CHICAGO TRIBUNE COMPANY, ) ) | |
| Defendant. ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE A MEMORANDUM IN SUPPORT OF THE MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT IN EXCESS OF 15 PAGES**

Plaintiff, by and through her attorneys, hereby requests leave to file a Memorandum in Support of the Motion for Final Approval of Class Action Settlement in excess of 15 pages. In support of this motion, Plaintiff states as follows:

1. Plaintiff seeks Final Approval of a Class Action Settlement affecting members of the Settlement Class provisionally certified on February 5, 2013.

2. In order to fully discuss the benefits conferred upon the Settlement Class, as well as the factors favoring final approval of the Settlement, Plaintiff seeks leave from the Court to file a Memorandum of Law in excess of 15 pages and not to exceed 23 pages.

3. Defendant does not oppose this motion.

WHEREFORE, Plaintiff respectfully requests the Court grant this motion for leave to file a Memorandum of Law in Support of Final Approval of the Parties' Class Action Settlement in excess of 15 Pages and for a total not to exceed 23 pages.

Respectfully submitted,

Dated: June 17, 2013

                                            s/Maureen A. Salas
                                            One of Plaintiffs' Attorneys

Douglas M. Werman – dwerman@flsalaw.com
Maureen A. Salas – msalas@flsalaw.com
David E. Stevens – dstevens@flsalaw.com
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, IL 60602
(312) 419-1008