IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAROLYN RUSIN, individually, and on behalf of All Others Similarly Situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:12-cv-01135 |
| v. ) ) | Hon. Edmond E. Chang |
| CHICAGO TRIBUNE COMPANY, ) ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

Plaintiff and the Settlement Class, preliminarily approved by this Court in its order dated February 5, 2013, ECF No. 30, through their counsel, move this Court to grant final approval of the class action settlement reached in this matter. In support of this motion, Plaintiff submits her Memorandum of Law, and asks that the Court enter the Order Granting Final Approval of Settlement.

Respectfully submitted,

Dated: June 19, 2013

s/Maureen A. Salas
One of Plaintiffs' Attorneys

Douglas M. Werman- dwerman@flsalaw.com
Maureen A. Salas –msalas@flsalaw.com
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, IL 60602
(312) 419-1008